THE CHAMPION PAPER & FIBRE COMPANY AND C. R. McNEELY v. H. D. LEE, R. G. JENNINGS, INDIVIDUALLY, AND R. G. JENNINGS, EVAN G. JENNINGS AND J. G. VOLMER, EXECUTORS AND TRUSTEES OF THE ESTATE OF E. H. JENNINGS, DECEASED.

(Filed 27 September, 1939.)

APPEAL by defendants from *Rousseau, J.,* at April Term, 1939, of TRANSYLVANIA.

Civil action in ejectment, for recovery of damages for alleged acts of trespass and for removal of cloud upon title.

From order of compulsory reference defendants appeal to the Supreme Court, and assign error.

*Geo. H. Smathers and D. L. English for plaintiff, appellee.*
*Lewis P. Hamlin and Ralph H. Ramsey, Jr., for defendant, appellant.*

PER CURIAM. The respective contentions of the parties as disclosed by the pleadings present similar factual situation to that in No. 162 entitled "The Champion Paper & Fibre Co. v. H. D. Lee *et al.*," *ante,* 244. The finding upon which the order of reference is made is the same. As in that case, we find here no error in the order.

The judgment below is

Affirmed.